IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES GRIFFIN, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>CLIFFORD WALKER, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:18cv791-MHT<br>(WO) |

**JUDGMENT**

Upon consideration of plaintiff's motion to dismiss this case as moot (doc. no. 11), it is ORDERED that the motion is granted, and this lawsuit is dismissed without prejudice, with no costs taxed.

All other pending motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 21st day of November, 2018.

                                           /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE